AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida    ▼

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No.    26-cr-60078-Singhal/Strauss |
| Sunseeker International Limited | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____05/11/2026_____

DEAN LAWLER
CFO OF SUNSEEKER

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

MAURICE A. JOHNSON
*Printed name of defendant's attorney*

_____
*Judge's signature*

Panayotta Augustin-Birch, U.S. Magistrate Judge
*Judge's printed name and title*