**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-CR-60078-AHS**

**UNITED STATES OF AMERICA**

> **v.**

**SUNSEEKER INTERNATIONAL**
**LIMITED and SUNSEEKER USA SALES**
**CO, INC.,**

> **Defendants.**

_____/

### [PROPOSED] ORDER GRANTING DEFENDANTS UNOPPOSED MOTION TO SEAL SUNSEEKER INTERNATIONAL LIMITED AND SUNSEEKER USA SALES CO, INC.'S, OBJECTIONS TO DRAFT <u>PRESENTENCE INVESTIGATION REPORT</u>

THIS CAUSE came before the Court on Defendants Sunseeker International Limited ("Sunseeker International") and Sunseeker USA Sales Co, Inc.'s ("Sunseeker USA", collectively "Defendants") Unopposed Motion to Seal Sunseeker International Limited's and Sunseeker USA Sales Co, Inc.'s Objections to Draft Presentence Investigation Report (the "Objections"). Defendants assert that the Objections contain confidential information drawn from the confidential Draft Presentence Investigation Report and from the Timber Compliance and Ethics Program previously sealed by this Court, including financial information, corporate organizational and ownership structure, and employment information. The Government does not oppose the relief requested in the Motion.

Defendants have a legitimate interest in protecting this information from public disclosure. Disclosure would undermine the confidentiality this Court has already extended to the presentence report under Federal Rule of Criminal Procedure 32(e) and to the Compliance Plan by prior Order

180290140.3

of this Court. Those interests outweigh the public's right of access. The Court finds that good cause exists to seal the Objections, and the Motion is **GRANTED**.

The Objections shall be sealed by the Clerk forthwith and shall remain sealed for the duration of the action and thereafter, and any sealed filings shall be returned to the filer upon the closing of the case

DONE AND ORDERED in Chambers, in Fort Lauderdale, Broward, Florida, this ____ day of July, 2026.

_____
Raag Singhal
United States District Court Judge

2