AO 245E (Rev. 11/25) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA
V.
SUNSEEKER INTERNATIONAL LIMITED

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 26-60078-CR-SINGHAL

Kenneth Joyce, Maurice Johnson, Sean Shecter
Defendant Organization's Attorney

**THE DEFENDANT ORGANIZATION:**

☑ pleaded guilty to count(s) 1 and 2 of the Information

☐ pleaded nolo contendere to count(s) ____ which was accepted by the court.

☐ was found guilty on count(s) ____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 U.S.C. § 3372(a)(2) (B)(i) | Lacey act violation of unlawful transport of a plant (teak wood) | 5/27/2021 | 1 |
| | | | |

The defendant organization is sentenced as provided in pages 2 through 1 of this judgment.

☐ The defendant organization has been found not guilty on count(s)

☐ Count(s) ____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's Federal Employer I.D. No.:

Defendant Organization's Principal Business Address:

Sunseeker House
West Quay Road
Poole
BH15 1JD
United Kingdom

Defendant Organization's Mailing Address:

8/20/2026
Date of Imposition of Judgment

[signature]
Signature of Judge

RAAG SINGHAL — US District Judge
Name of Judge — Title of Judge

24 August 2026
Date

AO 245E (Rev. 11/25) Judgment in a Criminal Case for Organizational Defendants
Sheet 1A

DEFENDANT ORGANIZATION: Sunseeker International Limited
CASE NUMBER: 26-60078-CR-SINGHAL



# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 U.S.C. § 3372(a)(2)(B)(i) | Lacey act violation of unlawful transport of a plant (teak wood) | 4/30/2022 | 2 |

DEFENDANT ORGANIZATION: Sunseeker International Limited
CASE NUMBER: 26-60078-CR-SINGHAL

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:
Five (5) Years as to Counts 1 and 2 to run concurrent

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: Sunseeker International Limited
CASE NUMBER: 26-60078-CR-SINGHAL

## ADDITIONAL PROBATION TERMS

Non-Reporting Supervision: If the defendant corporation becomes and remains an inactive entity, the term of probation in this case shall be non-reporting. If the defendant corporation is reinstated and becomes an active entity engaging in business in the United States, a representative for the company shall report to the nearest U.S. Probation Office within 72 hours of reinstatement.

Financial Disclosure Requirement: The defendant corporation shall provide complete access to financial information, including disclosure of all business finances, to the U.S. Probation Officer.

Implementation of a Compliance Plan: The defendant corporation must implement a compliance plan and attach it to the case labeled Exhibit A.

Import and Export Restriction: The defendant corporation must not import or attempt to import into the United States any Myanmar teak for which it is unable to provide documentation to the satisfaction of the U.S. Fish and Wildlife Service, Office of Law enforcement, that the teak was exported from Myanmar prior to April 21, 2021, and did not transit the European Union or United Kingdom.

Unpaid Restitution, Fines, or Special Assessments: If the defendant corporation has any unpaid restitution, fines, or special assessments, the defendant corporation shall notify the probation officer of any material change in the defendant corporation's economic circumstances that might affect the defendant corporation's ability to pay.

DEFENDANT ORGANIZATION: Sunseeker International Limited
CASE NUMBER: 26-60078-CR-SINGHAL

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 250.00 | $ 200,000.00 | $ |

☐ The determination of restitution is deferred until ________. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ________

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: Sunseeker International Limited
CASE NUMBER: 26-60078-CR-SINGHAL



## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The $200,000.00 fine is joint and several with defendant cooperation Sunseeker USA Sales Co., Inc.
26-60078-CR-SINGHAL

AO 245E (Rev. 11/25) Judgment in a Criminal Case for Organizational Defendants Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION: Sunseeker International Limited
CASE NUMBER: 26-60078-CR-SINGHAL



## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☑ Lump sum payment of $ 250.00 due immediately, balance due

☐ not later than ____________, or
☐ in accordance with ☐ C or ☐ D below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

**C** ☐ Payment in ________ (e.g., equal, weekly, monthly, quarterly) installments of $ ________ over a period of ________ (e.g., months or years), to commence ________ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☑ Special instructions regarding the payment of criminal monetary penalties:

The $200,000.00 fine is joint and several with defendant cooperation Sunseeker USA Sales Co., Inc.
26-60078-CR-SINGHAL

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

The $200,000.00 fine is joint and several with defendant cooperation Sunseeker USA Sales Co., Inc.
26-60078-CR-SINGHAL

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.